**UNITED STATES ex rel. FERNANDAS v. COMMISSIONER OF IMMIGRATION, ELLIS ISLAND, NEW YORK HARBOR.**

**No. 452.**

Circuit Court of Appeals, Second Circuit.

May 15, 1933.

Harry Hausknecht, of New York City (Raphael H. Weissman, of Brooklyn, N. Y., and David L. Weissman, of New York City, of counsel), for appellant.

George Z. Medalie, U. S. Atty., of New York City (Ira Koenig, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

The relator was arrested and ordered deported. He arrived in the United States September 4, 1928, and was admitted for permanent residence. On January 6, 1932, he was arrested on the charge of having been unlawfully in the United States. The charge is that he was a member of and affiliated with a proscribed party and that he has been regularly engaged with well-known Communists in their activities. There is sufficient evidence to justify his deportation.

It was competent to receive hearsay testimony. U. S. ex rel. Smith v. Curran, 12 F. (2d) 636 (C. C. A. 2); Kjar v. Doak, 61 F. (2d) 566 (C. C. A. 7).

His deportation was justified. U. S. ex rel. Yokinen v. Commissioner, 57 F.(2d) 707 (C. C. A. 2); Certiorari denied, 287 U. S. 607, 53 S. Ct. 11, 77 L. Ed. ——.

Order affirmed.